KATHLEEN M. DeLANEY (SBN 196376)
CIPRIAN DOGARU (SBN 220556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
450 Newport Center Drive, Suite 630
Newport Beach, CA 92660
Telephone: (949) 791-1060
Facsimile: (949) 791-1070
Email: kdelaney@fgppr.com
cdogaru@fgppr.com

Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUD ESKANDARI, an individual; and, LORA ESKANDARI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY; and DOES 1 through 20, INCLUSIVE,<br><br>Defendants. | Case No: 2:17-cv-03687-FMO-JPR<br><br>**ORDER RE: STIPULATION [12] RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**The Honorable Fernando M. Olguin**<br><br>[Rule 41(a)(2), Fed. R.Civ.P.] |

## **ORDER**

Based on the Parties' stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice and each side to bear its own costs.

DATED: October 23, 2017

                                           /s/ Fernando M. Olguin
                                           UNITED STATES DISTRICT JUDGE